UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

COLEMAN VAOGA,

Plaintiff

v.

STATE OF CALIFORNIA, *et al.,*

Defendants

Case No.  3:21-cv-0377-MMD-CLB

**ORDER TO PAY FILING FEE OR FILE APLICATION TO PROCEED *IN FORMA PAUPERIS***

I.     **DISCUSSION**

On August 20, 2021, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983.  (ECF No. 1-1). Plaintiff neither paid the full $402 filing fee for this matter nor filed an application to proceed *in forma pauperis*. The Court granted Plaintiff an extension of time to September 28, 2021 to either pay the filing fee or submit an application to proceed *in forma pauperis.* (ECF No. 3.) On September 16, 2021, Plaintiff submitted a letter to the Clerk asking if the Court had received his application to proceed *in forma pauperis.* (ECF No. 4.) The Court had not received Plaintiff's application granted him an additional extension of time to November 1, 2021 to either pay the filing fee or submit an application to proceed *in forma pauperis*. (ECF No. 5.) Plaintiff has now filed an application to proceed *in forma pauperis* but it does **not contain a financial certificate properly signed by the both the inmate and a prison or jail official, and it also does include a copy of the inmate's prison or jail trust fund account statement for the previous six-month period**. (ECF No. 6.)

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $402 filing fee.  To apply for *in forma pauperis* status, the inmate must submit <u>all three</u> of the following documents to the Court:

1    (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this

2    Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on

3    page 3),

4    (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail

5    official (i.e. page 4 of this Court's approved form), and

6    (3) a copy of the **inmate's prison or jail trust fund account statement for the**

7    **previous six-month period**.

8    The Court will grant Plaintiff a **second and final** opportunity to file a fully complete

9    application to proceed *in forma pauperis* containing **all three** of the required documents,

10    or in the alternative, pay the full $402 filing fee for this action on or before **November 19,**

11    **2021**. Absent unusual circumstances, the Court will <u>not</u> grant any further extensions of

12    time.

13    If Plaintiff is unable to file a fully complete application to proceed *in forma pauperis*

14    with all three required documents or pay the full $402 filing fee on or before **November**

15    **19, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to file a new

16    case with the Court when Plaintiff is either able to acquire all three of the documents

17    needed to file a fully complete application to proceed *in forma pauperis* or pays the full

18    $402 filing fee.

19    A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the

20    case with the Court, under a new case number, when Plaintiff has all three documents

21    needed to submit with an application to proceed *in forma pauperis*.  Alternatively, Plaintiff

22    may choose not to file an application to proceed *in forma pauperis* and instead pay the

23    full filing fee of $402 on or before **November 19, 2021** to proceed with this case.

24    The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but the Court

25    will not file the complaint unless and until Plaintiff timely files a fully complete application

26    to proceed *in forma pauperis* with all three documents or pays the full $402 filing fee.

27

28

1  **II.    CONCLUSION**

2        For the foregoing reasons, IT IS ORDERED that the Clerk of the Court will send

3  Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well

4  as the document entitled information and instructions for filing an *in forma pauperis*

5  application.

6        IT IS FURTHER ORDERED that on or before **November 19, 2021**, Plaintiff will

7  either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and

8  the $52 administrative fee) or file with the Court:

9        (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this

10       Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two

11       signatures on page 3),

12       (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail

13       official (i.e. page 4 of this Court's approved form), and

14       (3) a copy of the **inmate's prison or jail trust fund account statement for the**

15       **previous six-month period**.

16       IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete

17  application to proceed *in forma pauperis* with all three documents or pay the full $402

18  filing fee for a civil action on or before **November 19, 2021**, this case will be subject to

19  dismissal without prejudice for Plaintiff to refile the case with the Court, under a new case

20  number, when Plaintiff has all three documents needed to file a complete application to

21  proceed *in forma pauperis* or pays the full $402 filing fee.

22       IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint

23  (ECF No.1-1) but will not file it at this time.

24       DATED:  <u>October 15, 2021</u>

25

26  _____
    UNITED STATES MAGISTRATE JUDGE

27

28

- 3 -