UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| COLEMAN JEFFERSON VAOGA,<br><br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, *et al.*,<br><br>Defendants. | Case No. 3:21-cv-00377-MMD-CLB<br><br>ORDER |

*Pro se* Plaintiff Coleman Vaoga submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1.) Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin (ECF No. 10 ("R&R")), recommending that Vaoga's application to proceed *in forma pauperis* (ECF No. 6) be granted, his complaint (ECF No. 1-1) be dismissed with prejudice, and that this action be closed, and judgment entered accordingly. Vaoga had until January 3, 2022, to file an objection. To date, no objection to the R&R has been filed. For this reason, and as explained below, the Court adopts the R&R in full and will close this case.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party fails to object to a magistrate judge's recommendation, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Because there is no objection, the Court need not conduct *de novo* review, and is satisfied that Judge Baldwin did not clearly err. Here, Judge Baldwin recommends that Vaoga's application to proceed *in forma pauperis* be granted as he cannot pay the filling fee. (ECF No. 10 at 1-2.) Judge Baldwin further recommends Vaoga's complaint be dismissed with prejudiced as he has failed to state a claim upon which relief may be granted and amendment would be futile. (*Id.* at 3-4.) The Court agrees with Judge Baldwin. Having reviewed the R&R and the record in this case, the Court will adopt the R&R in full.

It is therefore ordered that Judge Carla L. Baldwin's Report and Recommendation (ECF No. 10) is accepted and adopted in full.

It is further ordered that Plaintiff Coleman Vaoga's application to proceed *in forma pauperis* (ECF No. 6) is granted.

The Clerk of Court is directed to file Vaoga's complaint (ECF No. 1-1).

It is further ordered that Vaoga's complaint (ECF No. 1-1) is dismissed with prejudice.

The Clerk of Court is further directed to enter judgment accordingly and close this case.

DATED THIS 10th Day of January 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE